IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANTE SAVAGE | * | |
| *Plaintiff* | * | |
| v. | * | CASE NO. 1:19-CV-02482-JKB |
| ROSEANNE VEIGA, *et al.* | * | |
| *Defendants* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Undersigned counsel submit this status report pursuant to the court's order of September 27, 2019:

| DEFENDANT | SERVICE | |
|---|---|---|
| ROSEANNE VEIGA | NOT APPLICABLE | DECEASED |
| ESTATE OF ROSEANNE VEIGA | SERVED 6/30/19 | ANSWER FILED |
| KATHERINE WEBB AKA KATYHERINE DOERR | NOT SERVED | |
| ESTATE OF KATHERINE WEBB/DOERR | NOT SERVED | |
| INTERCOASTAL INVESTMENT TRUST LTD | SERVED 6/30/19 | |
| DOROTHY CARROLL | SERVED 7/9/19 | MOTION TO DISMISS PENDING |
| ESTATE OF DOROTHY CARROLL | NOT APPLICABLE | DEFENDANT DOES NOT EXIST |
| FEDERAL HOME LOAN MORTGAGE CORP. | SERVED 7/9/19 | ANSWER FILED |

1. Plaintiff consents to the dismissal without prejudice of Defendants Dorothy Carroll, The Estate of Dorothy Carroll and Defendant Roseanne Veiga (who is deceased; her estate has been served and is represented).

2. Plaintiff is still attempting to locate and serve Defendants Katherine Webb aka Katherine Doerr and/or Estate of Katherine Webb aka Katherine Doerr, and requests an additional 90 days to effect service upon this defendant.

3. Defendant Intercoastal Investment Trust LTD was properly served with the complaint and is in default. Plaintiff will request the entry of a default judgment against this Defendant.

4. Attached are proposed orders for the court's consideration. (Plaintiff's counsel's contact information with the court was not updated and she did not receive the Court's orders requesting a status report until it was brought to her attention today by defense counsel. She is working to update her contact information with the court and apologizes for the oversight).

Respectfully submitted,

_____/S/_____
William C. Parler Jr., #05087
The Law Offices of    .
William C. Parler Jr.
311 Gailridge Road
Timonium MD 21093
(410) 832-1885
*W.Parler@Parlerlaw.com*

***Attorneys for Defendant,
Federal Home Loan Mortgage Corp***

_____/S/_____
Avalon S. Brandt, # 23892
Law Offices of Evan K. Thalenberg, P.A.
216 East Lexington Street
Baltimore, Maryland 21202
Telephone: 410- 625-9100
Fax: 410-625-9200
*abrandt@ektlaw.com*

***Attorneys for Plaintiff***

| | |
|---|---|
| _____/S/_____ <br> David A. Carter #04898 <br> The Carter Law Offices LLC <br> 10 East Baltimore Street <br> Suite 1405 <br> Baltimore MD 21202 <br> (410) 244-5800 <br> dcarter@thecarterlawoffices.com <br><br> ***Attorneys for Defendant*** <br> ***Estate of Roseanne Veiga*** | _____/S/_____ <br> Catherine A. Potthast #04973 <br> Catherine A. Potthast, P.A. <br> 2324 West Joppa Road, Suite 425 <br> Lutherville, Maryland 21093 <br> (410) 823-7805 <br> (443) 652-3998 (fax) <br> capotthast@potthastlaw.com <br><br> ***Attorneys for Defendant,*** <br> ***Dorothy M. Carroll*** |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_1st\_\_ day of October, a copy of the aforegoing Status report was sent via the court's electronic delivery to Avalon S. Brandt, Esquire, Law Offices of Evan K. Thalenberg, P.A., 216 East Lexington Street, Baltimore, Maryland 21202, *Attorneys for Plaintiff;* David A. Carter, Esquire, The Carter Law Offices, LLC, 10 East Baltimore Street, Suite 1405, Baltimore, Maryland 21202, *Attorneys for Estate of Roseanne Veiga;* Intercoastal Investment Trust, LTD., 8422 Bellona Lane, Towson, Maryland 21204 (sent via regular mail), William C. Parler Jr., Law Offices of William C. Parler Jr., 311 Gailridge Road, Timonium MD 21093, attorneys for Federal Home Loan Mortgage Corp.

_____
Catherine A. Potthast